USCA1 Opinion

 

 December 4, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1330  CHARLES SIMON, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Reginald C. Lindsay, U.S. District Judge] ____________________ Before Selya, Stahl and Lynch, Circuit Judges. ______________ ____________________ Charles Simon on brief pro se. _____________ Donald K. Stern, United States Attorney, and Emily R. Schulman, ________________ _________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. By way of this habeas corpus petition under __________ 28 U.S.C. 2241, petitioner Charles Simon sought to be awarded 120 days of "meritorious good time credit" that he alleged had been unlawfully withheld from him. Petitioner has since been released from prison. As there is no longer any available relief that can be judicially awarded, his petition is moot. See, e.g., Fendler v. U.S. Bureau of ___ ____ _______ _______________ Prisons, 846 F.2d 550, 555 (9th Cir. 1988); Bailey v. _______ ______ Southerland, 821 F.2d 277, 278 (5th Cir. 1987) (per curiam). ___________ We accordingly vacate the district court's judgment and remand with directions to dismiss the action on the ground of mootness. See, e.g., United States v. Munsingwear, 340 U.S. ___ ____ ______________ ___________ 36, 39-40 (1950); Motta v. District Director of INS, 61 F.3d _____ ________________________ 117, 118-19 (1st Cir. 1995). Vacated and remanded with directions to dismiss the ________________________________________________________ action as moot. _______________ -2-